HOWARD B. GROBSTEIN
9363 Magnolia Ave
Riverside, CA  92503
Telephone: (951) 234-0951
Facsimile: (951) 977-8200
Email: hbgtrustee@gtllp.com

Chapter 7 Trustee

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## RIVERSIDE DIVISION

| | |
|---|---|
| In re<br><br>WINDSOR HOLDINGS, LLC.,<br><br>Debtor. | Case No. 6:21-bk-15604-WJ<br><br>Chapter 7<br><br>**CHAPTER 7 TRUSTEE'S REPORT OF SALE/SETTLEMENT PURSUANT TO RULE 6004(f) OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE** |

**TO THE HONORABLE WAYNE JOHNSON, UNITED STATES BANKRUPTCY JUDGE, THE DEBTOR, THE DEBTOR'S ATTORNEY, THE OFFICE OF THE UNITED STATES TRUSTEE, AND ALL PARTIES IN INTEREST:**

Howard B. Grobstein, the Chapter 7 Trustee (the "Trustee") for the bankruptcy estate of Windsor Holdings, LLC. (the "Debtor"), respectfully submits his Report of Sale/Settlement pursuant to Rule 6004(f)(1) of the Federal Rules of Bankruptcy Procedure, Local Bankruptcy Rule 6004-1(g), and the Handbook for Chapter 7 Trustees.

1

1. Property of the Debtor's bankruptcy estate included Real Property located at 401 Broad Street, Wichita Falls, TX 76301 (the "Property"). The Trustee and the Debtor had a dispute concerning the value and administration of the Property. Thereafter, the parties entered into settlement discussions concerning the administration of the Assets that culminated in a settlement whereby the bankruptcy estate was paid $15,000 (the "Settlement Proceeds").

2. On December 8, 2020, the Trustee filed a motion to approve the compromise with the Debtors concerning administration of the Assets [Docket No. 100]. The Court approved the settlement pursuant to an order entered on December 29, 2020 [Docket No. 108].

3. The Trustee received the final payment due under the settlement from the Debtor. In accordance with the settlement, upon receipt of the Settlement Proceeds, the estate's interest in the Assets was fully administered.

DATED: December 20, 2023

                                          */s/ Howard B. Grobstein*
                                          HOWARD B. GROBSTEIN
                                          Chapter 7 Trustee

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

9363 Magnolia Avenue, Riverside, CA 92503

A true and correct copy of the foregoing document entitled (*specify*): **CHAPTER 7 TRUSTEE'S REPORT OF SALE/SETTLEMENT PURSUANT TO RULE 6004(f) OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE** THEREOF will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) December 20, 2023, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

| | |
|---|---|
| Abram Feuerstein, esq | abram.s.feuerstein@usdoj.gov |
| Anthony A. Friedman | aaf@lnbyg.com |
| David B Golubchik | dbg@lnbyg.com, dbg@lnbyg.com |
| David Samuel Shevitz | david@shevitzlawfirm.com; shevitzlawfirm@ecf.courtdrive.com; r48785@notify.bestcase.com;Jose@shevitzlawfirm.com |
| Everett L Green | everett.l.green@usdoj.gov |
| John R Lane | johnlaneassociates@gmail.com,mcountryman@jrl-law.com; johnlane@jrl-law.com; kedeen@jrl-law.com; jlongoria@jrl-law.com;bcervantez@jrl-law.com |
| Kevin Hutty | BKClaimConfirmation@ftb.ca.gov |
| Lazaro E Fernandez | lef17@pacbell.net;lef-sam@pacbell.net;lef-mari@pacbell.net; OfficeLR74738@notify.bestcase.com;lefkarina@gmail.com |
| Mollie Lerew | mlerew@pbfcm.com, wichitafalls@pbfcm.com |
| Ramiro Flores Munoz | ramiro@rfmesq.com munoz.ramirob109066@notify.bestcase.com |
| Sarah M Cox | sarah@spectorcox.com,sarah@ecf.courtdrive.com; slthorn@spectorcox.com;ahawkins@spectorcox.com |
| Thomas C Corcovelos | corforlaw@corforlaw.com |
| Thomas M McMurray | tom@tommcmurray.net dara@tommcmurray.net |
| Todd M Arnold | tma@lnbyg.com |
| Howard B Grobstein | hbgtrustee@gtllp.com C135@ecfcbis.com |
| United States Trustee | ustpregion16.rs.ecf@usdoj.gov |

**2.  SERVED BY UNITED STATES MAIL**:
On **December 20, 2023,** I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

| | |
|---|---|
| Debtor<br>Windsor Holdings<br>2621 Green River Road $105-232<br>Corona, CA 92882 | Judge<br>Honorable Wayne Johnson<br>U.S. Bankruptcy Court<br>3420 Twelfth St<br>Riverside, California 92501 |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*                                                                                                                       **F 9013-3.1.PROOF.SERVICE**

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 12/20/2023 | Wendi A. Carranza | /s/ WENDI A. CARRANZA |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010

**F 9013-3.1.PROOF.SERVICE**